```
                IN THE UNITED STATES DISTRICT COURT
                FOR THE MIDDLE DISTRICT OF GEORGIA
                         COLUMBUS DIVISION
```

DELROY ANTHONY MCLEAN,          *

    Petitioner,                 *

vs.                             *     CASE NO. 4:16-CR-19 (CDL)
                                              CASE NO. 4:20-CV-54 (CDL)
UNITED STATES OF AMERICA,       *

    Respondent.                 *

_____

## O R D E R

This matter is before the Court pursuant to a Report and Recommendation by the United States Magistrate Judge entered on March 11, 2021. There was no objection to this Recommendation as permitted by 28 U.S.C. § 636(b)(1). Therefore, the Court reviews the Recommendation for clear error. Finding no clear error, the Court adopts the Recommendation of the Magistrate Judge and makes it the order of this Court, including the denial of a certificate of appealability.

    IT IS SO ORDERED, this 28th day of April, 2021.

                                        S/Clay D. Land
                                        CLAY D. LAND
                                        U.S. DISTRICT COURT JUDGE
                                        MIDDLE DISTRICT OF GEORGIA